# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | | | |
|---|---|---|---|
| CRIMINAL NO.: | 5:19-CR-50078-001 | USA v. BENJAMIN GRAY BURRIS | |
| COURT PERSONNEL: | | APPEARANCES: | |
| Judge: | TIMOTHY L. BROOKS | Govt.: | KENNY ELSER |
| | | | STEPHANIE MAZZANTI |
| Clerk: | SHERI CRAIG | Deft.: | BILL ATHANAS |
| | | | LAURA HOEY |
| Reporter: | PAULA BARDEN | | |

## SENTENCING MINUTE SHEET

On this date the above named Defendant appeared in person and with counsel for sentencing.

(X) Inquiry made whether Defendant is under the influence of any substance that would impair the ability to comprehend the proceedings.

(X) Inquiry made that Defendant is satisfied with counsel.

(X) Court determined that Defendant and counsel have had opportunity to read and discuss presentence investigation report.

(X) Presentence investigation report reviewed in open court.

(X) Court expresses final approval of plea agreement.

(X) Attorney for Government afforded opportunity to make statement to Court.

(X) Counsel for Defendant afforded opportunity to speak on behalf of Defendant.

(X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

CRIMINAL NO.:   5:19-CR-50078-001

(X)   Court proceeded to impose sentence as follows:

      12 months and 1 day imprisonment; 1 year supervised release; $157,500.00 fine imposed - interest waived.

(X)   Defendant ordered to comply with standard conditions of supervised release.

(X)   Defendant ordered to pay a total special assessment of $100.00, which shall be due immediately.

(X)   Counts 2 through 15 and the Forfeiture Allegation dismissed on motion by the Government.

(X)   Defendant advised of appeal rights.

(X)   Defendant allowed to remain on bond and self-surrender no later than 1:00 pm on Wednesday, March 2, 2022.

DATE:  January 24, 2022                          Proceeding began: 10:23 am

                                                                           ended: 11:18 am